■ DAVID S. BROWN, Appellant-Respondent, v GENERAL ELECTRIC CORPORATION, Defendant and Third-Party Plaintiff-Respondent-Appellant. VENBRO INDUSTRIES, INC., Third-Party Defendant-Respondent. [678 NYS2d 923] —Cross appeals from an order of the Supreme Court (Kramer, J.), entered May 23, 1997 in Schenectady County, which, *inter alia*, partially granted defendant's cross motion for summary judgment and dismissed plaintiff's Labor Law § 241 (6) cause of action.

Order affirmed, upon the opinion of Justice Barry D. Kramer.

Mikoll, J. P., Crew III, White, Yesawich Jr. and Spain, JJ., concur. Ordered that the order is affirmed, without costs.